# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ARTHUR BURTON SCHIRMER,

    Petitioner

v.

ROBERT D. GILMORE, et al.,

    Respondents

1:19-CV-966
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS** 20th **DAY OF FEBRUARY 2020**, upon review of Magistrate Judge Carlson's Report & Recommendation ("R&R") (Doc. 26) for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 26) is **ADOPTED** for the reasons explained therein.

2. Arthur Burton Schirmer's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DENIED**.

3. A Certificate of Appealability **SHALL NOT ISSUE**.

4. The Clerk of Court is directed to **CLOSE** the case.

                            Robert D. Mariani
                            United States District Judge